■ ESSIE L. RICHARDSON et al., Appellants, v ROY L. GILMORE'S FUNERAL HOME, INC., Respondent. (And a Third-Party Action.) [651 NYS2d 887] —In an action, *inter alia,* to recover damages for personal injuries, the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Price, J.), dated September 20, 1995, as granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Price at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.